# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JUDY OLECKI,                                    : No. 117 MM 2014
                                                :
                    Respondent                  :
                                                :
                                                :
                                                :
                                                :
            v.                                  :
                                                :
                                                :
                                                :
MARK C. PETRO,                                  :
                                                :
                    Petitioner                  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of September, 2014, the Petition for Leave to File Petition for Allowance of Appeal <u>Nunc</u> <u>Pro</u> <u>Tunc</u> is **DENIED**.